IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GARTOR KIKI BROWN,** | : | **CIVIL NO. 3:19-CV-839** |
| | : | |
| **Plaintiff,** | : | |
| | : | **(Chief Judge Jones)** |
| v. | : | |
| | : | **(Magistrate Judge Carlson)** |
| **PAULA PRICE, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

AND NOW this 26th day of July 2021, in accordance with the accompanying Memorandum, IT IS ORDERED that the plaintiff's motions to compel, (Docs. 56 and 65), are GRANTED, in part, and DENIED, in part, as follows: To the extent that shower and exercise signup sheets reveal the number of inmates who had access to these services at a time when Brown alleges he was denied access to exercise or showers, that fact may be relevant, and the number of inmates who were provided these services during the relevant time period should be disclosed, without producing the names of these inmates. In all other respects, the motions are DENIED.

*S/Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge
