Case Number: 3:19-cv-00839-MWB-MP Document Number: 113 User: GA Printed: 7/14/2022 2:30:50 PM

Case Number: 3:19-cv-00839-MWB-MP Document Number: 112 User: GA Printed: 7/14/2022 2:30:23 PM

Gartor Kiki Brown    NA-6401
SPECIAL MAIL - OPEN ONLY IN THE PRESENCE OF THE INMATE
SCI - GREENE
169 Progress Drive
Waynesburg, PA 15370

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAM J. NEALON FEDERAL BLDG. & U.S. COURTHOUSE
235 NORTH WASHINGTON AVENUE
P.O. BOX 1148
SCRANTON, PA 18501-1148

OFFICIAL BUSINESS

RETURN TO SENDER
RETURN TO SENDER

NIXIE    152    5C 1        0207/26/22
            RETURN TO SENDER
                 REFUSED
            UNABLE TO FORWARD
BC: 18501114848    2099NZ07123-00266

RECEIVED
SCRANTON
JUL 29 2022
PER _____
DEPUTY CLERK